STATE OF CONNECTICUT *v.* BILL-ROY HENDERSON

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 739 (AC 24041), is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided September 15, 2004

KRISTINE COGAN *v.* CHASE MANHATTAN AUTO FINANCIAL CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 843 (AC 24131), is granted, limited to the following issue:

"Did the Appellate Court properly determine that General Statutes § 52-593 did not apply to save the plaintiff's cause of action?"

The Supreme Court docket number is SC 17256.

*William F. Gallagher, Hugh D. Hughes* and *Charles B. Angelo,* in support of the petition.